UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Magistrate Case No. 1:20-mj-00316-JCN |
| | ) (18 U.S.C. § 875(c)) |
| KATRINA F. PREBLE | ) |

**CRIMINAL COMPLAINT**

The undersigned complainant, being duly sworn, states:

**COUNT ONE**
**(Interstate Threats)**

On about November 6, 2020, in the District of Maine and elsewhere, the defendant

**KATRINA F. PREBLE**

knowingly and willfully did transmit in interstate commerce a threat to injure the person of another; to wit, the defendant left several voicemail messages with Senator Susan Collins' office in Bangor, Maine where the defendant threatened to injure and/or kill Senator Collins. The defendant thus violated Title 18, United States Code, Section 875(c).

**COUNT TWO**
**(Interstate Threats)**

On about November 11, 2020, in the District of Maine and elsewhere, the defendant

**KATRINA F. PREBLE**

knowingly and willfully did transmit in interstate commerce a threat to injure the person of another; to wit, the defendant left several voicemail messages with Senator Susan Collins' office in Washington, D.C. where the defendant threatened to injure and/or kill Senator Collins. The defendant thus violated Title 18, United States Code, Section 875(c).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

*[signature]*

Michel J. Verhar
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Nov 16 2020

City and state: Bangor, ME

*[signature]*

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title