## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michel J. Verhar, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and I have been employed as a Special Agent with the FBI since 2001. I am currently assigned to the Bangor, Maine Resident Agency. I have previously conducted investigations involving threats to federal officials. I am a law enforcement officer of the United States empowered by law to conduct investigations of and to make arrests for federal offenses, including that contained in Title 18, United States Code, Section 875(c).

2. I make this affidavit in support of a complaint. This affidavit is intended to provide the facts necessary for a determination of probable cause.

3. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers, and on my experience and training as a federal agent.

### PROBABLE CAUSE

4. On November 6, 2020, a female caller who identified herself as "Katrina Preble" called the Bangor, Maine office of Senator Susan Collins and left two voicemails approximately two minutes in length each. The telephone number for these calls has a "207" area code and "Katrina Preble" states in one of the voicemails that she is "here in Bangor, Maine." The server that stores voicemails for Senator Collins' Bangor office is located outside the state of Maine.

5. The two voicemails are rambling in nature and insult Senator Collins by name-calling and other accusations. On three separate occasions, the caller states explicitly that she

will "kill" Senator Collins. In addition, the caller states: "I'm going to shoot you in the [expletive] face, Susan."

6.  Later that same day, myself and an officer from the Bangor Police Department went to the home of Katrina Preble ("Ms. Preble") in Bangor, Maine. Ms. Preble was hostile and generally uncooperative throughout the interview. Ms. Preble stated that she assumed we were there to discuss the voicemails she left on Senator Collins' voicemail. Ms. Preble stated that Senator Collins had threatened her life. Ms. Preble said she was not a threat to Senator Collins but she had the right to tell Senator Collins that she would defend herself with deadly force.

7.  On November 11, 2020, Ms. Preble left six additional voicemails at Senator Collins' Washington, DC office. Again, these voicemails are rambling in nature and approximately two minutes in length each. In the voicemails, Ms. Preble acknowledges that she was visited by the FBI and the Bangor Police Department "here [Ms. Preble's home in Bangor, Maine] the other day." She then informs Senator Collins that she was not written up or arrested.

8.  In these six voicemails, Ms. Preble again insults Senator Collins by name-calling and other accusations. In one of the voicemails, Ms. Preble addresses Senator Collins and states: "We the People are going to put you in front of firing squads. Stretch you by the neck. Decapitate you." She also states that Senator Collins is "going to be shot in the [expletive][expletive] head."

9. Based on the foregoing, I submit that there is probable cause to believe that Katrina F. Preble has transmitted a threat in interstate commerce, in violation of Title 18, United States Code, Section 875(c).

*Michel J. Verhar*
Michel J. Verhar
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Nov 16 2020

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title