# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:20-mj-00316-JCN |
| | ) | |
| **KATRINA F. PREBLE** | ) | 18 U.S.C. § 875(c) |
| | ) | (Interstate Threats) |
| | ) | |
| | ) | |

# MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves:

   \_\_\_\_   Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   \_X\_\_   Crime of violence

   \_\_\_\_   Maximum sentence life imprisonment or death

   \_\_\_   10+ year drug offense

   \_\_\_\_   Felony, with two prior convictions in above categories

   \_\_\_\_\_   Possession of a firearm

   \_\_\_\_\_   Serious risk defendant will flee

   \_\_\_\_   Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

   (i)  <u>Temporary Detention</u>._____

   _____

(ii) <u>Other than Temporary Detention</u>.  The court should detain the defendant because there are no conditions of release which will reasonably assure:

   ___  Defendant's appearance as required

   _X_  Safety of any other person and the community

3. <u>Date of Detention Hearing</u>.  The United States requests that the detention hearing be held after a continuance of three days.

4. <u>Length of Detention Hearing</u>.  The United States will require a half hour to present its case for detention.

Date:  November 16, 2020

Respectfully submitted,

HALSEY B. FRANK
United States Attorney

**BY: /s/ ANDREW McCORMACK**
ANDREW McCORMACK
Assistant United States Attorney