AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KATRINA F. PREBLE | ) | Case No. 1:20-mj-00316-JCN |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Katrina F. Preble,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2: Knowingly and willfully did transmit in interstate commerce a threat to injure the person of another.

Date and time issued:   11:05 am, Nov 16 2020

*Judge's signature*

City and state:   Bangor, ME

John C Nivison   U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/16/2020, and the person was arrested on *(date)* 11/16/2020
at *(city and state)* BANGOR, MAINE.

Date:   11/16/2020

*Arresting officer's signature*

MICHEL J. VERHAR, FBI, SA
*Printed name and title*