# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2020 NOV 17 P 1:34

DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| KATRINA F. PREBLE | ) Case No. 1:20-mj-00316-JCN |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Katrina F. Preble
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2: Knowingly and willfully did transmit in interstate commerce a threat to injure the person of another.

Date and time issued: 11:05 am, Nov 16 2020

City and state: Bangor, ME

*Judge's signature*

John C Nivison  U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/16/2020, and the person was arrested on *(date)* 11/16/2020
at *(city and state)* Bangor, Maine

Date: 11/16/2020

*Arresting officer's signature* on behalf of FBI S/A M. Veshar

Dana M Staples  Deputy US Marshal
*Printed name and title*
4753