UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.  1:20-mj-00316-JCN |
| : | |
| v. : | |
| : | |
| KATRINA PREBLE : | |

**JOINT MOTION TO CONTINUE INITIAL APPEARANCE
AND ATTORNEY APPOINTMENT HEARING**

NOW COME the parties, by and through undersigned counsel and hereby jointly move this Honorable Court for an order continuing the initial appearance and attorney appointment hearing in this matter currently scheduled for November 18, 2020 at 9:00 a.m.  In support of the motion the parties submit jointly as follows:

The parties are in discussions regarding the most efficient means to move forward with initial proceedings in this matter.  Based upon these discussions the parties have agreed that undersigned defense counsel (provisionally appointed at present) requires additional time to consult with Ms. Preble and to confirm her preparedness to move forward with the noted hearings.  Both parties recognize that additional time is necessary before moving forward to the formal initial proceedings previously scheduled by the Court as described herein.

WHEREFORE, for all of the foregoing reasons, including the joint nature of the relief sought hereby, the parties respectfully request that this Honorable Court continue the initial

appearance and attorney appointment hearing previously scheduled for November 18, 2020 at 9:00 a.m. to a later date determined by the Court in consultation with the parties.

                                      Respectfully submitted,

Dated: November 17, 2020         /s/ James S. Nixon
                                      James S. Nixon, Esquire
                                      Assistant Federal Defender
                                      Office of the Federal Defender
                                      23 Water Street, Suite 206
                                      Bangor, Maine 04401
                                      Attorney for Defendant

                                      HALSEY B. FRANK
                                      United States Attorney

                                      BY: /s/ ANDREW MCCORMACK
                                      ANDREW MCCORMACK
                                      Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  1:20-mj-316-JCN |
| v. | : | |
| | : | |
| KATRINA PREBLE | : | |

## CERTIFICATE OF SERVICE

    I, James S. Nixon, Esquire, Assistant Federal Defender, Office of the Federal Defender, attorney for the Defendant, hereby certify that on November 17, 2020, I electronically filed the Joint Motion to Continue Initial Appearance and Attorney Appointment Hearing with the Court via the CM/ECF electronic filing system which will send notification of such filing via said system electronically on the 17th day of November, 2020 to the following persons:

    Andrew McCormack, Assistant U.S. Attorney
    U.S. DEPARTMENT OF JUSTICE
    202 Harlow Street, Rm 111
    Bangor, Maine  04401
    Andrew.McCormack@usdoj.gov

    Ashley Hadam, Officer
    U.S. Probation & Pretrial Services Office
    202 Harlow Street, Rm 209
    Bangor, ME 04401
    ashley_hadam@mep.uscourts.gov

| | |
|---|---|
| Dated: November 17, 2020 | /s/ James S. Nixon |
| | James S. Nixon, Esquire |
| | Assistant Federal Defender |
| | Office of the Federal Defender |
| | 23 Water Street, Suite 206 |
| | Bangor, Maine 04401 |
| | Attorney for Defendant |