

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Medical Center, Carswell*

P.O. Box 27066
"J" Street - Building 3000
Fort Worth, Texas 76127

January 29, 2021

The Honorable John C. Nivison
United States Magistrate Judge
Margaret Chase Smith
Federal Building and Courthouse
202 Harlow Street
Bangor, Maine 04401

RE:  Preble, Katrina
     Reg. No. 17638-509
     Criminal Case No. 1:20-mj-00316-JCN

Dear Judge Nivison:

In accordance with your Order of November 20, 2020, and pursuant to the provision of Title 18, United States Code, Section 4241(b), Ms. Preble arrived at the Federal Medical Center-Carswell on January 29, 2021. Our staff will complete her evaluation no later than February 28, 2021, and a written report will be submitted to the Court within two weeks of that date. Should the evaluation be completed prior to the aforementioned time period, the Court will be notified.

If we may be of further assistance to the Court in this matter, please contact me or Matthew Opesso, Psy.D., Forensic Psychologist at (817) 782-4034.

Sincerely,

M. Carr
Warden