UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:20-mj-00316-JCN |
| ) | |
| KATRINA F. PREBLE, ) | |
| ) | |
| Defendant ) | |

**ORDER**

The United States Marshal Service shall transport Defendant to the District of Maine for a competency hearing.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 30th day of March, 2021.